UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MARVIN ALONZO, WILLIAM ESCOBAR, SERGIO MEDINA, JORGE HERNANDEZ, EDIN CRUZ, and ADOLFO QUEVEDO, On Behalf Of Themselves And All Others Similarly Situated, and ADOLFO QUEVEDO, INDIVIDUALLY,

            Plaintiffs,

-against-

DOM'S LAWNMAKER INC. A/D/B/A DOM'S TREE SERVICE, DOM'S RELIABLE LANDSCAPING INC., and DOMINIK D'ALONZO,

            Defendants.

---

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ OCT 15 '12 ★

LONG ISLAND OFFICE

11-cv-2605 (LDW) (ARL)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**ECF CASE**

---

  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendants, through their counsel who are authorized by their respective clients to execute this Stipulation, that the above-captioned action be dismissed, in its entirety, and with prejudice with respect to Plaintiffs and without any award of attorneys' fees, costs or other relief to either party and that Plaintiffs are barred from bringing another claim under the Fair Labor Standards Act, New York State Labor Laws or any other state or local law for wages, including overtime and prevailing wage and supplements pay, for the period prior to the signing of this Order.

  IT IS FURTHER STIPULATED AND AGREED by and between Plaintiffs and Defendants, through their counsel, that this Court shall retain jurisdiction over the interpretation and implementation of the terms of the Settlement Agreement between the parties.

DATED:        October 12, 2012

| | |
|---|---|
| ARCHER, BYINGTON, GLENNON & LEVINE, LLP<br>*Attorneys for Plaintiffs* | LIPMAN & PLESUR, LLP<br>*Attorneys for Defendants* |
| By: _____/s/_____<br>James W. Versocki<br>jversocki@abgllaw.com<br>One Huntington Quadrangle, Suite 4C10<br>P.O. Box 9064<br>Melville, New York  11747<br>Telephone:  (631) 249-6565<br>Facsimile:   (631) 777-6906 | By: _____/s/_____<br>David A. Robins<br>robins@lipmanplesur.com<br>The Jericho Atrium<br>500 North Broadway, Suite 105<br>Jericho, New York  11753<br>Telephone:(516) 931-0050<br>Facsimile: (516) 931-0030 |

SO ORDERED:

_____/s/_____
Leonard D. Wexler
United States District Judge

Central Islip, NY
10/15/12